THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST ROBERTS, Appellant. [639 NYS2d 807]

The police officer's testimony that he observed defendant

engage in three separate hand-to-hand exchanges involving the taking of money and the giving of an unidentified object, and then observed the last buyer, as he walked away from defendant and towards the officer, with a vial of crack between his thumb and index finger, was sufficient to establish probable cause for defendant's arrest and the hearing court properly denied defendant's suppression motion (*see, People v Prochilo*, 41 NY2d 759, 761; *People v Garafolo*, 44 AD2d 86, 88; *People v Vasquez*, 166 AD2d 194, *lv denied* 77 NY2d 845). Concur—Milonas, J. P., Ellerin, Wallach, Nardelli and Mazzarelli, JJ.